**REPUBLIC OF ARGENTINA, Appellant**

v.

**BG GROUP PLC, Appellee.**

**No. 11–7021.**

United States Court of Appeals, District of Columbia Circuit.

April 15, 2014.

Gabriel Bottini, John P. Gleason, Esquire, Fernando Oscar Koatz, Gleason & Koatz, LLP, New York, NY, Matthew D. Slater, Cleary Gottlieb Steen & Hamilton LLP, Washington, DC, for Appellant.

Elliot Friedman, Alexander Athan Yanos, Freshfields Bruckhaus Deringer, New York, NY, Paul Laurence Yde, Freshfields Bruckhaus Deringer, Washington, DC, for Appellee.

Before: HENDERSON and ROGERS, Circuit Judges; SENTELLE, Senior Circuit Judge.

## *JUDGMENT*

This cause came to be heard on remand from the Supreme Court of the United States, reversing this court's judgment. *See BG Group PLC v. Republic of Argentina,* —— U.S. ——, 134 S.Ct. 1198, 188 L.Ed.2d 220 (2014). On consideration thereof, it is

**ORDERED** that this court's judgment filed January 17, 2012, be vacated. It is

**FURTHER ORDERED and AD-JUDGED** that the District Court's orders denying the motion to vacate and granting the cross-motion to confirm be affirmed.

The Clerk is directed to issue the mandate forthwith.